1028

No. 125. ARKANSAS & LOUISIANA MISSOURI RAILWAY Co. ET AL. *v.* AMARILLO-BORGER EXPRESS, INC., ET AL.; and

No. 224. UNITED STATES ET AL. *v.* AMARILLO-BORGER EXPRESS, INC., ET AL. 

 Argued December 4–5, 1957. Decided March 11, 1957. *Per Curiam:* The judgment is vacated and the cases are remanded to the District Court with directions to dismiss the cause as moot. MR. JUSTICE FRANKFURTER and MR. JUSTICE DOUGLAS dissent. *William R. McDowell* argued the cause for appellants in No. 125. With him on the brief was *J. T. Suggs. Robert W. Ginnane* argued the cause for the United States and the Interstate Commerce Commission, appellants in No. 224. With him on the brief were *Solicitor General Rankin, Assistant Attorney General Hansen* and *H. Neil Garson. Ralph W. Currie* argued the cause and filed a brief for appellees. Reported below: 138 F. Supp. 411.